SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION
Sanjiv N. Singh (SBN 193525)
1700 S. El Camino Real Suite 503
San Mateo, CA 94402
Phone: (650) 389-2255
Email: ssingh@sanjivnsingh.com

Attorneys for Creditor Plant Craft Foods, Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | CHAPTER 13 |
| MARVIN V. ACUNA | Lead Case No. 23-16688-WB |
| Debtor | Adv. No. 2:24-ap-01024-WB |
| PLANT CRAFT FOODS, INC. | PROOF OF SERVICE |
| Plaintiff, | |
| v. | |
| MARVIN V. ACUNA | |
| Defendant. | |

PROOF OF SERVICE

## PROOF OF SERVICE OF DOCUMENT

I am over the age of eighteen and not a party to the bankruptcy case or adversary proceeding.  My business address is:

1700 South El Camino Real Suite 503
San Mateo CA 94402

A true and correct copy of **ECF Dkt. Nos 1 (Complaint), 1-1 (Civil Case Cover Sheet), and 2 (Summons Issued)** will be served in the Judge's chambers and as follows:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 1/29/2024   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Michael Jay Berger rnichael.borger@bankrupcypower.com,    Sanjiv N. Singh at ssingh@sanjivnsingh.com
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
Nancy /6 Curry (TR) TrusteeECFMail@gmail.com
United States Trustee (LA) ustpregion16.1a.ecf@usdoj.gov
davidhagenlaw@gmail.com

Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL:**
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 1/30/2024 | Sanjiv N. Singh, Esg. | _____ |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.